ELMER D. REED *vs.* GLENS FALLS INSURANCE COMPANY.

New Castle County, February Term, 1894.

**Practice. Judgment. Fire Insurance.**—A suit on a fire insurance policy is not within the statute authorizing judgment at the first term but filing an affidavit of demand and copy of cause of action.

This was an action to recover $300, amount due on a fire insurance policy. An affidavit and copy of cause of action was filed.

*Biggs,* for the plaintiff, moved for judgment at first term under the provisions of this State.

PER CURIAM. The statute applies only where the claim is for a sum certain and not where it is dependent upon conditions broken. The claim must be for an unconditional payment of money. The judgment is refused.